## Lucke Appeal.

Argued June 8, 1970. *John M. Hickey,* with him *Hickey, List & Coyne,* for appellant; *George P. Noel,* with him *Levy & Levy,* for appellee.

Order affirmed.

## Pinkney Appeal.

Argued June 11, 1970. *Miriam L. Gafni,* Assistant Defender, with her *Paula S. Gold,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.